UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

A.D., an individual,

    Plaintiff,

v.                              Case No: 2:22-cv-652-JES-NPM

R&M REAL ESTATE COMPANY, INC., ROBERT VOCISANO, and MARIO VOCISANO,

    Defendants.

_____

**ORDER**

On March 19, 2024, the Court entered an Order (Doc. #78) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __22nd__ day of April 2024.

                                                                    _____
                                                                   JOHN E. STEELE
                                                                   SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record